ERIC GRANT
United States Attorney
ROBERT A. FUENTES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-cv-01115-KES-BAM |
| Plaintiff, | |
| v. | [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE |
| SOUTHERN CALIFORNIA EDISON COMPANY, *et al.*; | Date: March 31, 2026<br>Time: 9:00 am<br>Ctrm.: 8 |
| Defendants. | |

Having considered the stipulation and joint request of the United States and Southern California Edison Company (ECF No. 14), and good cause appearing, the Court ORDERS:

1. The joint request is GRANTED;

**2.** The scheduling conference currently set for December 3, 2025, is CONTINUED to **March 31, 2026, at 9:00 AM in Courtroom 8** with each party connecting remotely via Zoom video conference.  The parties are directed to serve a copy of this Order on Defendant and Cross Defendant Mountain Property Services, Inc. and Cross Defendant Tim Messer Construction, Inc., neither of whom have yet appeared in this action.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required; and,

3.  All deadlines set in the Court's Order Setting Mandatory Scheduling Conference (ECF No. 3) are accordingly CONTINUED.

IT IS SO ORDERED.

Dated: **November 25, 2025**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER                                                                                2