# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SOUTHERN CALIFORNIA EDISON COMPANY, et al.,

Defendants.

Case No.  1:25-cv-01115-KES-FRS (SAB)

ORDER DENYING SUBSTITUTION OF ATTORNEY

(ECF No. 28)

**SEVEN DAY DEADLINE**

On January 16, 2026, Cross Defendant and Cross Claimant Tim Messer Construction, Inc. filed a substitution of attorney form substituting attorney Stacey C. Quan of Kronenberg Law in place of attorney Colleen E. Little.  (ECF No. 28.)  Local Rule 182(g) requires that a substitution of attorney form be signed by the withdrawing attorney, the new attorney, and the client.  L.R. 182. However, Ms. Little has not signed the form.  Accordingly, the Court cannot grant the requested substitution of attorney.  If Cross Defendant and Cross Claimant Tim Messer Construction, Inc. intends to substitute attorneys, the party is directed to file a corrected form within **SEVEN (7) DAYS** of the date of this order.

IT IS SO ORDERED.

Dated:   **January 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1