William S. Kronenberg – SBN 133730
Stacey C. Quan - SBN 280004
KRONENBERG LAW PC
1 Kaiser Plaza, Suite 1675
Oakland, CA  94612-3699
Tel:     510-254-6767
Fax:     510-788-4092
wkronenberg@krolaw.com
squan@krolaw.com

Attorneys for Cross-Defendant,
TIM MESSER CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, et al,<br><br>        Defendants. | Case No.:      1:25-CV-01115-KES-FRS (SAB)<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>(ECF No. 38) |
| AND RELATED CROSS-CLAIMS | |

Having considered the stipulation and joint request of the United States, Southern California Edison Company, Matthew Marvin d/b/a Mountain Property Services, and Tim Messer Construction, Inc. (ECF No. 38), and good cause appearing, the Court ORDERS:

1.      The joint request is GRANTED;

2.      The scheduling conference currently set for March 31, 2026, is CONTINUED to **July 7, 2026 at 9:00 AM in Courtroom 8** with each party connecting remotely via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required; and,

3.    All deadlines set in the Court's Order Setting Mandatory Scheduling Conference (ECF No. 3) are accordingly CONTINUED.

IT IS SO ORDERED.

Dated:   **March 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge

ORDER CONTINUING SCHEDULING CONFERENCE