IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              vs.

SOUTHERN CALIFORNIA EDISON
COMPANY
MOUNTAIN PROPERTY SERVICES, INC. ,
ET AL.,

                            /

CASE:  **1:25–CV–01115–KES–FJS**

**ORDER OF REASSIGNMENT**

The court, having considered the appointment of **Magistrate Judge Frank J. Singer**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

    **IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **Fresno Magistrate Judge (FRS)** to **Magistrate Judge Frank J. Singer** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:  **1:25–CV–01115–KES–FJS**

    All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:    March 23, 2026

Troy L. Nunley
Chief United States District Judge