UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, et al.,<br><br>Defendant. | Case No.  1:25-cv-01115-KES-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

Based on the stipulation of the parties (ECF No. 42), the SCHEDULING CONFERENCE currently set for July 7, 2026, is continued. The parties shall appear for an initial scheduling conference on <u>August 4, 2026, at 9:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer</u>. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **July 2, 2026**

_____
UNITED STATES MAGISTRATE JUDGE