UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SOUTHERN CALIFORNIA EDISON COMPANY, *et al.,*

Defendants.

CASE NO. 1:25-cv-01115-KES-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

(ECF No. 45)

Having considered the stipulation and joint request of the parties (ECF No. 45), and good cause appearing, the court ORDERS:

1. The stipulation and joint request (ECF No. 45) is GRANTED;

2. The scheduling conference currently set for August 4, 2026, is CONTINUED to October 6, 2026, at 9:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

3. The parties shall file their joint scheduling report seven (7) days before the rescheduled conference – on or before September 29, 2026; and

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 15, 2026**

UNITED STATES MAGISTRATE JUDGE