UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SOUTHERN CALIFORNIA EDISON COMPANY, *et al.*;<br>Defendants. | CASE NO. 1:25-cv-01115-KES-FJS<br>ORDER GRANTING STIPULATION CONTINUING SCHEDULING CONFERENCE<br>(ECF No. 48) |

Having considered the stipulation and joint request of the parties (ECF No. 48), and good cause appearing, the court ORDERS:

1. The joint request is GRANTED;

2. The scheduling conference currently set for October 6, 2026, is CONTINUED to December 15, 2026, at 9:30 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer;

3. The parties shall file their joint scheduling report one week before the rescheduled conference – on or before December 8, 2026;

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE